UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSEA R. FOSTER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.: 3:13-516 |
| | ) | **Judge Sharp** |
| EMILE AMARNEK and DAVID L. MEKTON, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' Motion for Judgment on the Pleadings (Docket No. 43) is hereby GRANTED and Plaintiff's Complaint is hereby DISMISSED. The Clerk of the Court shall enter Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE